STEVEN W. MYHRE
Acting United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
Email: robert.knief@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-040-JCM-VCF |
| Plaintiff, | |
| vs. | **GOVERNMENT MOTION TO DISMISS AND QUASH ARREST WARRANT** |
| BING XHU, | |
| Defendant. | |

Plaintiff United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Robert A. Knief, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), brings the following motion to dismiss the indictment as to the captioned defendant only.

The government moves for the dismissal of the indictment against defendant Bing Xhu and in the interests of justice.

. . .

. . .

. . .

Once the case is dismissed, the government requests this Court issue an Order quashing the arrest warrant issued for the named defendant following his indictment on this matter.

Dated this 17th day of October, 2017.

Respectfully submitted,

STEVEN W. MYHRE,
Acting United States Attorney


*/s/ Robert A. Knief*
ROBERT A. KNIEF
Assistant United States Attorney

IT IS HEREBY ORDERED that the arrest warrant on Defendant Bing Xhu is quashed.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-23-2017

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT MOTION TO DISMISS AND QUASH ARREST WARRANT** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 17ʰ day of October, 2017.

          /s/ Robert A. Knief
          ROBERT A. KNIEF
          Assistant United States Attorney